# In the United States Court of Federal Claims

No. 25-1365C
Filed: September 24, 2025
NOT FOR PUBLICATION

---

MUHORO FRANCIS,

     *Plaintiff,*

v.

UNITED STATES,

     *Defendant.*

---

## ORDER

The plaintiff, Muhoro Francis, filed a complaint on August 14, 2025. The complaint was docketed on August 15, 2025. The plaintiff also filed an incomplete motion for leave to proceed *in forma pauperis* ("IFP"). On August 18, 2025, the plaintiff was ordered to file no later than September 18, 2025, a completed IFP application that was sent to him by the Clerk. In that same order, the plaintiff's claims against non-federal defendants were dismissed without prejudice. Because the complaint on its face appears to allege against the United States claims that are beyond the jurisdiction of the Court of Federal Claims, the plaintiff was also ordered to show cause why his remaining claims against the United States should not also be dismissed under Rules 12(b)(1) and 12(h)(3) of the Rules of the Court of Federal Claims ("RCFC"). The plaintiff was advised that his failure by September 18 to submit a complete IFP application and to respond to the order to show cause would result in the dismissal of his complaint under RCFC 41(b).

The plaintiff failed to provide a complete IFP application and to respond to the order to show cause by September 18. Consistent with the notice to the plaintiff provided in the August 18 Order, the complaint is **DISMISSED** under RCFC 41(b). The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**